# LONDON FISCHER LLP

59 Maiden Lane
New York, New York 10038

| IRVINE OFFICE | | LOS ANGELES OFFICE |
|---|---|---|
| 2505 McCabe Way, Suite 100 | (212) 972-1000 | 800 Wilshire Boulevard, Suite 1550 |
| Irvine, California 92614 | Facsimile: (212) 972-1030 | Los Angeles, California 90017 |

www.LondonFischer.com

September 30, 2025

**VIA ECF**

> **Joint Letter and Case Management Plan due November 7, 2025. Iniital conference adjourned from October 10, 2025 to November 14, 2025 at 10:30 a.m. Dial-In No.: 1-855-244-8681, Access 2305 810 3970#.**
> **SO ORDERED.**
> **Dated: 10/1/2025**
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

District Judge Hon. P. Kevin Castel
Daniel Patrick Moynihan/United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: *Southwest Marine and General Insurance Company v. Hudson Excess Insurance Company and Edilma Becerra Guerrero*
<u>Southern District of New York; Civil Case No.: 1:25-cv-06405-PKC</u>

Dear Judge Castel:

Plaintiff, Southwest Marine and General Insurance Company ("Southwest") and Defendant, Hudson Excess Insurance Company ("Hudson") provide this Joint Letter to the Court.

The Court recently granted Hudson's Motion for an Extension of Time to File its Answer to October 3, 2025. Dkt. 13. A prior Court Order required the Parties to submit a Joint Letter and Case Management Plan on October 3, 2025 and appear for an Initial Pretrial Conference on October 10, 2025. Dkt. 7.

Based on the foregoing, and in connection with the extension to Answer, Southwest and Hudson respectfully request a 30 day adjournment of the Joint Letter and Case Management Plan dates as well as the Initial Pretrial Conference.

Defendant, Edilma Becerra Guerrero ("Guerrero") has not requested any extension and is in default. Southwest will seek a Certificate of Default against Guerrero.

Southwest and Hudson are appreciative of the Court's time and assistance.

| LONDON FISCHER LLP | WEBER GALLAGHER LLP |
|---|---|
| By: /s/ William J. Edwins | By: /s/ Neil L Sambursky |
| William J. Edwins, Esq. | Neil L Sambursky, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Southwest Marine and General Insurance Company | Hudson Excess Insurance Company |
| 59 Maiden Lane, 39th Floor | 1500 Broadway, Suite 2401 |
| New York, New York 10038 | New York, New York 10036 |
| (212) 972-1000 | (516) 408-2422 |
| LF File No.: 415.0567012 | |

2486720

District Judge Hon. P. Kevin Castel
September 30, 2025
Page 2

{N1860319.5 }

LONDON FISCHER LLP

4880-0261-5286, v. 2
2486720